UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED ORiginaL

DEC 1 6 2009
Dec 16, 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DARVOSH Ebrahimi
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County Department of Corrections
Division Ten Super-Intendent
Inmate Responsible
Celmak Health Services of Cook County
Sargent Hallison
Nurse Jacky, Captain Rosario

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

09 C 7825
Judge Ruben Castillo
Magistrate Judge Jeffrey Cole

(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: DARUOSH EBRAHIMI

B. List all aliases: none

C. Prisoner identification number: 200700125 40

D. Place of present confinement: DIVISION 10 2B

E. Address: P.O. Box 089002 chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Cook County Sheriff Dept. of Collections

Title: _____

Place of Employment: Cook County Jail

B. Defendant: Division Ten Super Intendent

Title: _____

Place of Employment: Cook County Jail

C. Defendant: Inmate Responsible

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

Additional Defendants
Cont.

Defendant: CERMAK Health Services of Cook County
Title:
Place of Employment: Cook County Jail


Defendant: Sargent Harrison
Title:
Place of Employment: Division 10 Cook County Jail

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Daroush V. Cook Count Dept. of Corr Et. Al. 09CV1534

B. Approximate date of filing lawsuit: March 11 2009

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: None

D. List all defendants: Cook County Dept. of Corr, Super -Intendent, Inmate Responsible, Cermak Health Services of Cook County,

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois Eastern Division

F. Name of judge to whom case was assigned: ~~Sad~~ Judge Castillo

G. Basic claim made: Violated Eighth Amendment

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 10/20/09, Mr. Young attacked me in front of officer Zriny. I injured my head, spine, back. Officer Zriny and other officers wrestled Mr. Young to the ground. Approximately 10-officers came on tier 2B after officer Bobzin called 10-10 over the radio. Captian Rosa Rio and sargent Harrison also came to tier 2-B. I was picked up off the ground and put in my chair.

There after nurse Jackie came to tier 2-B because I was in so much pain I couldn't walk. The officers and nurse Jackie was trying to get me off the floor. About 10-minutes later nurse Jackie brought a wheel chair and put me in it and escorted me to the hospital. At this time I was experiencing sharp chest pain. She was checking my vital signs when Captain Rosario said that they will take me to Cermak hospital.

4

After checking my vital signs, nurse Jackie told captain Rosario that there was not anything wrong with me and advised captain Rosario to take me back to my tier. I told Sargent Harrison and captain Rosario that I had pain in my head, neck, back and knee. Sargent Harrison then pushed me out of the wheel chair and I fell into the wall hitting my head on the wall.

There after, officer Ramas and a officer John Doe, ~~dragged~~ me from the 2nd floor to the 1st floor. At this time I injured my side. They dropped me on the floor of the bull-pin on the 1st floor.

From 5:30pm to 9:30pm. After laying on the floor for I was taken to cermak hospital while at cermak hospital I under went a cat scan for my head and x-rays for my neck and back.

Even to this day, I'm experiencing back pain and it is going untreated. I wrote 3 or 4 grivances. but I never got a response.

5    Ebrahimi

11-18-09

WHEN I WAS dragged by SARGENT HARRISON AND OFF. RAMOS ~~John Doe~~ FROM the 2nd FLOOR to the 1st FLOOR I injured MY SidE And I have a very bad cut on the left side of MY hip. I have the pants and underwear with blood all over them. Will this Court please ~~delet~~ order the defendants not to bother these items with blood on them. These items will be used as Exhibits in this CASE.

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I need the court to please make the Defendants responsible because all this should'nt have happen if proper security and proper medical attention was availible. I need your help. Please contact me if more info is needed.

**VI.** The plaintiff demands that the case be tried by a jury.  ☑ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

_____
(Signature of plaintiff or plaintiffs)

DARUOSH EBRAHIMI
(Print name)

20070012540
(I.D. Number)

P.O. Box 089002
Chicago IL 60608
(Address)

6

Revised 9/2007