UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAROUSH EBRAHIME, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 09 C 7825 |
| v. | ) | |
| | ) | Judge Castillo |
| COOK COUNTY DEPARTMENT OF CORRECTIONS, *et al*. | ) ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW AS APPOINTED COUNSEL

Movant, Mark Bina, respectfully moves to withdraw as appointed counsel of record for the Plaintiff, and in support thereof states as follows:

1. On December 22, 2009, the Court appointed the undersigned counsel to represent the Plaintiff in connection with a Section 1983 civil rights complaint stemming from certain events occurring in October, 2009. No summons have issued and no Defendants have filed appearances.

2. On February 9, 2010, Plaintiff, via letter, discharged the undersigned counsel from further representation in this matter.[1]

3. Consequently, the undersigned respectfully moves this Court to withdraw from representing Plaintiff in this matter.

WHEREFORE Movant, the undersigned counsel, moves this Court for an Order: (1) granting Movant's withdrawal of representation for Plaintiff; (2) providing that Movant is

---

[1] Plaintiff currently has two pending lawsuits against Cook County. The undersigned was also appointed, and currently represents, the Plaintiff in case number 09-1534 pending before Magistrate Judge Cole. Discovery in that case is on-going, and Plaintiff intends to maintain his appointed counsel in that case.

relieved from any further responsibility associated with the representation of Plaintiff in this case; and (3) for all other relief this Court deems just and proper.


February 16, 2010                                        Respectfully submitted,

                                              /s/  Mark W. Bina
                                              Mark W. Bina
                                              Krieg DeVault LLP
                                              30 N. LaSalle Street, Suite 3516
                                              Chicago, Illinois 60602
                                              312-423-9300
                                              mbina@kdlegal.com


## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 16, 2010 I served the foregoing via the Court's ECF filing system to all parties who have filed an appearance or are otherwise entitled to notice in this case.


KD_2344117_1.DOC